CASE NO. 24-1743
================================================================

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ALEXANDRE ANSARI,

*Plaintiff-Appellee*

-vs-

MOISES JIMINEZ,

*Defendant-Appellant.*

_____

On Appeal from the United States District Court
for the Eastern District of Michigan

_____

## SECOND MOTION TO EXTEND TIME FOR FILING PLAINTIFF-APPELLEE'S BRIEF ON APPEAL

NOW COMES plaintiff-appellee, Alexandre Ansari, by his attorney, Beth A. Wittmann, and, in support of his Second Motion to Extend Time for Filing Brief on Appeal, states unto this Court as follows:

1. Plaintiff-appellee's brief on appeal is due in this Court on or before May 5, 2025.

2. The undersigned is responsible for the preparation of plaintiff-appellee's brief on appeal.

3. Over the past several weeks, the undersigned has had an extremely busy work schedule which included the preparation of a number of briefs, including the following:

> *Gonte v Benderoff*, Court of Appeals Nos. 369890, 372024. A Brief on Appeal was filed on March 24, 2025.
>
> *Rayford v American House Roseville I, LLC*, Michigan Supreme Court No. 163989. A Proposed Brief *Amicus Curiae* on Behalf of the Michigan Association For Justice in Support of Plaintiff-Appellant's Brief on Appeal was filed on March 27, 2025.
>
> *Lamas v Spectrum Health*, Court of Appeals No. 372626. A Brief on Appeal was filed on April 9, 2025.
>
> *Washington v Ascension Providence Hospital*, Court of Appeals No. 375177. An Application for Leave to Appeal was filed on April 10, 2025.
>
> *Salter v Olsen*, U.S. Court of Appeals for the Sixth Circuit No. 22-1656. A Response to Petition for Rehearing and Rehearing *En Banc* was filed on April 30, 2025.

4. In addition, the undersigned had a previously scheduled commitment taking her out of the office from April 30, 2025 until May 6, 2025.

5. Because of the undersigned's schedule, she will not be able to complete plaintiff-appellee's brief on appeal by May 5, 2025.

6. Plaintiff-appellee would, therefore, respectfully request that this Court extend the time for filing his brief on appeal for an additional twenty-eight days to June 2, 2025.

WHEREFORE, plaintiff-appellee, Alexandre Ansari, respectfully requests that this Court grant his Second Motion to Extend Time for Filing Brief on Appeal for a period of twenty-eight days, to June 2, 2025.

**MARK GRANZOTTO, P.C.**

**/s/ Beth A. Wittmann**
BETH A. WITTMANN (P63233)
Attorneys for Plaintiff-Appellee
2684 Eleven Mile Road, Suite 100
Berkley, Michigan 48072
(248) 546-4649

Dated: May 5, 2025.