## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: July 18, 2025

Ms. Mary Massaron  
Plunkett Cooney  
38505 Woodward Avenue  
Suite 100  
Bloomfield Hills, MI 48304

Mr. Wolfgang Mueller  
Mueller Law Firm  
41850 W. Eleven Mile Road  
Suite 101  
Novi, MI 48375

Ms. Beth A. Wittmann  
Granzotto Law  
2684 Eleven Mile Road  
Suite 100  
Berkley, MI 48072

Re: Case No. 24-1743, *Alexandre Ansari v. Moises Jimenez*  
Originating Case No.: 2:20-cv-10719

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **September 2, 2025**.

Sincerely,

s/A. Macon  
Case Manager  
Direct Dial No. 513-564-7015