Case No. 24-1743

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ALEXANDRE ANSARI

     Plaintiff - Appellee

v.

MOISES JIMENEZ

     Defendant - Appellant


Upon consideration of the Appellant's motion to stay the issuance of the mandate pending the filing of Moises Jimenez's Petition for Writ of Certiorari with the Supreme Court of the United States,

It is **ORDERED** that the motion to stay is **GRANTED** for 90 days**.**


                    **ENTERED BY ORDER OF THE COURT**
                    Kelly L. Stephens, Clerk

Issued: June 04, 2026